```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
v.                                      :         ORDER
                                        :
MATTHEW RANGLIN and                     :         20 CR 98 (VB)
MATTHEW COKE,                           :
                  Defendants.           :
--------------------------------------------------------------x
```

**The telephonic status conference in this matter currently scheduled for September 11, 2020, at 11:00 a.m., will instead proceed, in person, as a change of plea hearing.**  To be clear, the hearing will be conducted in person at the United States Courthouse, 300 Quarropas Street, Courtroom 620, White Plains, NY 10601.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at:  https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.  Completing the questionnaire online and ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact Chambers if you do not meet the requirements.

Dated: August 13, 2020
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge