UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                             :
v.                                           :          **ORDER**
                                             :
MATTHEW RANGLIN and                          :          20 CR 98 (VB)
MATTHEW COKE,                                :
                        Defendants.          :
-------------------------------------------------------x

        **The change of plea hearing currently scheduled for September 11, 2020, at 11:00**

**a.m., as to both defendants, <u>has been re-scheduled for September 9, 2020, at 11:00 a.m.,</u>**

**<u>and will proceed as to defendant Matthew Coke only.</u>**[1]

        Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire and have his or her temperature taken.  The

questionnaire is located on the Court's website at:  https://www.nysd.uscourts.gov/

sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.  Completing the

questionnaire online and ahead of time will save time and effort upon entry.  Only those

individuals who meet the entry requirements established by the questionnaire will be permitted

entry.  Please contact Chambers if you do not meet the requirements.

Dated: September 2, 2020
      White Plains, NY

                      SO ORDERED:

                      Vincent L. Briccetti
                      United States District Judge

---

[1]    A change of plea hearing as to defendant Matthew Ranglin will be scheduled for another
date.