UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA            :

v.                                  :       **ORDER**

MATTHEW RANGLIN,                    :       20 CR 98-1 (VB)
                    Defendant.      :
-----------------------------------------------------------------x

Sentencing in this case is scheduled for <u>December 18, 2020, at 11:00 a.m.</u>  The Court

expects to conduct this proceeding in person in the Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire and have his or her temperature taken.  The

questionnaire is located on the Court's website at:  <u>https://www.nysd.uscourts.gov/</u>

<u>sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf</u>.  Completing the

questionnaire online and ahead of time will save time and effort upon entry.  Only those

individuals who meet the entry requirements established by the questionnaire will be permitted

entry.  Please contact Chambers if you do not meet the requirements.

Defendant's sentencing submission is due December 8, 2020, and the government's

submission is due December 15, 2020.

Dated:  September 11, 2020
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge