UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
Plaintiff(s),

v.

_M. Ranglin_,
Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

20 CR 98-1 (VB)

   PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/re-scheduled for:

___ Status conference           ___ Final pretrial conference

___ Telephone conference        ___ Jury selection and trial

___ Pre-motion conference       ___ Bench trial

___ Settlement conference       ___ Suppression hearing

___ Oral argument               ___ Plea hearing

___ Bench ruling on motion      _✓_ Sentencing

on _4-14-_, 20_21_, at _3:00 PM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _2-10-21_

   All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-8-_, 20_21_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge