UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MATTHEW RANGLIN,
                                 Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 98-1 (VB)

       By motion dated October 13, 2022, defendant Matthew Ranglin seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The motion will be separately docketed.

       The government is directed to file a response to the motion by November 15, 2022. The government's response shall address the issue of exhaustion as well as the merits of the motion.

       If defendant wishes to file a reply to the government's submission, he shall do so by no later than November 29, 2022.

       Chambers will mail a copy of this Order to defendant at the following addresses:

Matthew Ranglin, Reg. No. 87456-054
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN  47808

Dated: October 25, 2022
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge