UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :

                                  :          **BAIL RELEASE ORDER**

v.                                :

                                  :          20 CR 98-1 (VB)

MATTHEW RANGLIN,                  :
                    Defendant.     :
-------------------------------------------------------x

     For the reasons stated on the record today, the Court hereby ORDERS that defendant

Matthew Ranglin be released on his own recognizance, on condition that he remain at his

residence under home incarceration, enforced by location monitoring (technology to be

determined at the discretion of the Probation Department), and the further condition that he have

no contact whatsoever with the alleged victim referred to in the amended violation report dated

January 28, 2026.  Defendant may leave his residence only for court appearances for his current

state court case and the instant violation of supervised release proceeding, or otherwise as

permitted at the discretion of the Probation Officer.  All other conditions of supervised release

remain in full force and effect.

Dated: April 23, 2026
      White Plains, NY

                SO ORDERED:

                _____
                Vincent L. Briccetti
                United States District Judge